IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **Ahmed Mohammad Ajaj,** ) | C/A 0:03-3776-CMC-BM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **United States of America, Dan L. Dove,** ) | |
| **"FNU" Allen, "FNU" Gravette,** ) | |
| **Kathleen Hawk, Michael Cooksey,** ) | |
| **Stan Yates, "FNU" Wade, "FNU" Vining,**) | |
| **"FNU" Finnerty, Joseph Smith, "FNU"** ) | |
| **Irving, "FNU" Paul, "FNU" Chartier,** ) | |
| **"FNU" Berry,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This action was brought by a federal prisoner, proceeding *pro se,* seeking relief pursuant to *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The matter is before the court pursuant to a motion filed by Plaintiff seeking entry of default against the United States.

In accordance with this court's order of reference and 28 U.S.C. § 636(b), this matter comes before the court with the Report and Recommendation of United States Magistrate Judge Bristow Marchant .

This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, __F.3d__, 2005 WL 1713188, at *3 (4th Cir. 2005) (stating that "in the absence

of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

Based on his review of the record, the Magistrate Judge has recommended that Plaintiff's motion be **denied**. Plaintiff has filed no objections and the time for doing so has expired.

After reviewing the motion, Defendant's objection (Doc. # 153), the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error.

Therefore, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

        s/ Cameron McGowan Currie
        CAMERON MCGOWAN CURRIE
        UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 19, 2005

C:\temp\notesFFF692\~5481415.wpd